IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERRY LARSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CATE, et al.,<br><br>    Defendants. | No. C 12-3773 LHK (PR)<br><br>ORDER GRANTING SUA SPONTE EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |

Petitioner, a prisoner at Chuckwalla Valley State Prison in Blythe, California, has filed a *pro se* civil rights complaint pursuant to 42 U.S.C.§ 1983. (Doc. No. 1.) Plaintiff has also filed an application to proceed *in forma pauperis*. (Doc. No. 3.) On July 18, 2012, the Clerk of the Court notified the Plaintiff that his application was deficient because it failed to contain a certificate of funds signed by an authorized prison official. (Doc. No. 4.) Before the Court is Plaintiff's letter indicating that he has requested that prison officials complete the necessary documents to complete his application; however, his request has not been fulfilled. (Doc. No. 6.)

Based on Plaintiff's letter, the Court on its own motion **GRANTS** Plaintiff an extension of time to file a complete application to proceed *in forma pauperis*. Plaintiff shall file a certificate of funds signed by an authorized prison official **no later than thirty (30) days** after the filing date of this order.

Order Granting Sua Sponte Extension of Time for Petitioner to File Application to proceed In Forma Pauperis
G:\PRO-SE\SJ.LHK\CR.12\Larson773SuaSponte-eot-ifp.wpd

The Clerk shall send a copy of this order and a blank certificate of funds form to the prison trust account office. To expedite the process, the Court requests that the prison trust account office complete the certificate of funds within twenty (20) days of the date this order is filed so that this matter can proceed.

IT IS SO ORDERED.

DATED: 10/31/12

_____
LUCY H. KOH
United States District Judge