IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERRY LARSON,<br><br>             Plaintiff,<br><br>  vs.<br><br>M. CATE, et al.,<br><br>             Defendants. | No. C 12-3773 LHK (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br><br><br><br>(Doc. No. 16.) |

      Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983. On January 8, 2013, the Court partially dismissed Plaintiff's complaint with leave to amend if he so wished within thirty days. (Docket No. 10.) On January 30, 2013, Plaintiff filed a request for an enlargement of time to comply with the Court's order. (Docket No. 16.) On February 11, 2013, Plaintiff filed an amended complaint. (Docket No. 17.)

      Plaintiff's request is **GRANTED**. Plaintiff's amended complaint, filed February 11, 2013, is deemed timely.

      This order terminates docket no. 16.

DATED: 4/3/13

                                      LUCY H. KOH<br>
                                      United States District Judge