IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERRY LARSON,           ) | No. C 12-3773 LHK (PR) |
|                                 ) | |
| Plaintiff,   ) | ORDER GRANTING |
|                                 ) | EXTENSION OF TIME TO FILE |
| vs.                             ) | AMENDED COMPLAINT |
|                                 ) | |
| M. CATE, et al.,                ) | |
|                                 ) | |
| Defendants.  ) | |
|                                 ) | (Doc. No. 16.) |

    Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983. On January 8, 2013, the Court partially dismissed Plaintiff's complaint with leave to amend if he so wished within thirty days. (Docket No. 10.) On January 30, 2013, Plaintiff filed a request for an enlargement of time to comply with the Court's order. (Docket No. 16.) On February 11, 2013, Plaintiff filed an amended complaint. (Docket No. 17.)

    Plaintiff's request is **GRANTED**. Plaintiff's amended complaint, filed February 11, 2013, is deemed timely.

    This order terminates docket no. 16.

DATED: 4/3/13

LUCY H. KOH
United States District Judge

Order Granting Extension of Time to File Amended Complaint
G:\PRO-SE\SJ.LHK\CR.12\Larson773eot-ac.wpd