IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD TERRY LARSON,**<br><br>Plaintiff,<br><br>v.<br><br>**M. CATE, et al.,**<br><br>Defendants. | Case No.  C 12-3773 LHK (PR)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR AN 8-DAY EXTENSION OF TIME TO FILE A SUMMARY JUDGMENT MOTION** |

Defendants seek an eight-day extension of time to file a summary judgment motion in this case.  Having read the motion, and good cause appearing, Defendants' motion is GRANTED.  Defendants may file a dispositive motion on or before July 18, 2013.  Plaintiff's opposition shall be filed and served within twenty-eight days from the date Defendants' summary judgment motion is filed.  Defendants shall file and serve a reply brief fourteen days after Plaintiff's opposition is filed.

**IT IS SO ORDERED.**

Dated: 7/17/13

*Lucy H. Koh*
The Honorable Lucy H. Koh

1

[~~Proposed~~] Order ( C 12-3773 LHK (PR))