IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERRY LARSON,<br><br>        Plaintiff,<br><br>  v.<br><br>M. CATE, et al.,<br><br>        Defendants. | No. C 12-3773 LHK (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION; DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Docket Nos. 44 & 45) |

     Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983. On July 18, 2013, defendants filed a motion for summary judgment. Plaintiff has filed a motion for appointment of counsel and a motion for an extension of time to file an opposition to defendants' motion for summary judgment. (Docket Nos. 44 & 45.) Defendants have filed an opposition to plaintiff's motion for appointment of counsel and a notice of non-opposition to plaintiff's motion for an extension of time to file an opposition. (Docket No. 47.)

     Having read and considered the pleadings, plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). This denial is without prejudice to the court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

Order Granting EOT to File Opp.; Denying Mot. for Appt. of Counsel
G:\PRO-SE\LHK\CR.12\Larson773eot-opp_deny-atty.wpd

1   Plaintiff's motion for an extension of time to file an opposition to defendants' motion for
2   summary judgment is **GRANTED**.  Plaintiff shall file an opposition **no later than thirty days**
3   **(30) days** from the date this order is filed.
4   This order terminates docket nos. 44 and 45.
5   IT IS SO ORDERED.
6   DATED:  9/3/13                        _Lucy H. Koh_
                                           LUCY H. KOH
7                                          United States District Judge

Order Granting EOT to File Opp.; Denying Mot. for Appt. of Counsel
G:\PRO-SE\LHK\CR.12\Larson773eot-opp_deny-atty.wpd   2