UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD TERRY LARSON, | No. 5:12-CV-03773 LHK (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| SECRETARY M. CATE, et al., | |
| Defendants. | |

On February 25, 2014, District Judge Koh referred this case to the undersigned for a settlement conference. Accordingly, the case is HEREBY SET for a telephonic status conference on Tuesday, April 29, 2014, at 1:00 pm. The parties shall attend the status conference by dialing 888-684-8852 and entering access code 1868782.

IT IS SO ORDERED.

Dated: April 14, 2014

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RICHARD TERRY LARSON,<br><br>    Plaintiff,<br><br>v.<br><br>SECRETARY M. CATE, et al,<br><br>    Defendants._____/ | No.  5:12-CV-03773 LHK (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that on April 14, 2014, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Richard Terry Larson
9074 Sagebrush Street
Apple Valley, CA 92308

Dated: April 14, 2014

                            /s/ *Linn Van Meter*
                            Linn Van Meter
                      Administrative Law Clerk to the
                       Honorable Nandor J. Vadas