IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TERRY LARSON,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>M. CREAMER-TODD, et al.,<br><br>　　　　　　Defendants. | No. C 12-3773 LHK (PR)<br><br>ORDER LIFTING STAY;<br>DIRECTING DEFENDANTS TO<br>RESPOND |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that prison officials at Central Training Facility in Soledad retaliated against him, in violation of the First Amendment. Defendants filed a motion for summary judgment. On February 25, 2014, the court denied defendants' motion for summary judgment and referred this matter to Magistrate Judge Vadas for settlement proceedings. On July 14, 2014, Judge Vadas issued a minute order indicating that a settlement conference was held, and the matter had been settled in full. (Docket No. 60.) As the settlement proceedings are over, the court hereby LIFTS the stay and RE-OPENS this case.

On July 30, 2014, plaintiff filed a motion to vacate the settlement and stipulation for dismissal agreement. In the motion, plaintiff alleges that, due to his pro se status and naivete, plaintiff was coerced into signing the settlement documents. Defendants are directed to respond to plaintiff's motion within twenty-eight days of the filing date of this order. Plaintiff shall file a

Order Lifting Stay; Directing Defendants to Respond
P:\PRO-SE\LHK\CR.12\Larson773mtnvacatesett.wpd

reply within fourteen days thereafter.

IT IS SO ORDERED.

DATED: 8/11/14

_____
LUCY H. KOH
United States District Judge