| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MARISA Y. KIRSCHENBAUER<br>Supervising Deputy Attorney General |
| 3 | GIAM M. NGUYEN<br>Deputy Attorney General |
| 4 | State Bar No. 229236<br>  455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5686 |
| 6 |   Facsimile:  (415) 703-5843<br>  E-mail: Giam.Nguyen@doj.ca.gov |
| 7 | *Attorneys for Defendants Creamer-Todd, Lacy, Forsterer,*<br>*Wilson, Grounds, and Biggs* |

**FILED**

DEC 30 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD TERRY LARSON,<br><br>                          Plaintiff,<br><br>     v.<br><br>M. CATE, et al.,<br><br>                          Defendants. | Case No. C 12-3773 LHK (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

Plaintiff Richard Terry Larson and Defendants M. Cate, et al. have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: July, 14, 2014                          _____
                                                                Plaintiff

1

1 | Dated: 7/14/14

*Giam M. Nguyen* (signature)
Giam M. Nguyen
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants M. Cate, et al.*

SF2013205475
41019930.doc

SO ORDERED AND ADJUDGED.
The Clerk shall close the case file.
Dated: 12/30/14

*Lucy H. Koh* (signature)
Hon. Lucy H. Koh